# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **20-MJ-5114** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Sapphire YBARRA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about November 24, 2020, within the Southern District of California, Sapphire YBARRA, did knowingly and intentionally import 500 grams and more, to wit: approximately 5.96 kilograms (13.14 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Robin Tannehill
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th day of November 2020.

_____
HON BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 24, 2020, at approximately 11:45 PM, Sapphire YBARRA, ("YBARRA"), a United States citizen applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #8. YBARRA was the driver, and sole occupant of a 2002 Toyota 4 Runner ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear quarter panel of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from YBARRA. YBARRA stated she was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 12 packages concealed in the rear quarter panels of the vehicle, with a total approximate weight of 5.96 kgs (13.14 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

1

YBARRA was placed under arrest at approximately 1:40 AM.

During a post-Miranda interview, YBARRA admitted knowledge that the narcotics were in the vehicle. YBARRA stated she was being held against her will and forced to cross drugs.

YBARRA was charged with violating 21 USC 952/960 and transported to the Western Regional Detention Center in San Diego, CA.